UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TRAVIS COX, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:21-CV-053-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| IMPACT HOME GROUP, LLC, et al., ) | **PREJUDICE** |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiffs' Notice of Dismissal, [R. 7], of each of Plaintiffs' claims against all parties in this matter pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

2. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, [R. 5], is **DENIED as moot**.

This the 3rd day of March, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record